WILLIAM E. GLOVER, PLAINTIFF-RESPONDENT, v. SIM-
MONS COMPANY, DEFENDANT-PETITIONER, AND
BOARD OF REVIEW, *ET AL.*, DEFENDANTS-RESPOND-
ENTS.

See same case below: 31 *N. J. Super.* 308.

*Messrs. McCarter, English & Studer* for the petitioner.

*Mr. Clarence F. McGovern* for the respondents.

October 11, 1954.   Granted.

VITO DANTE, PETITIONER-RESPONDENT, v. WILLIAM T.
GOTELLI, INC., RESPONDENT-PETITIONER.

*Messrs. Cox & Walburg* and *Mr. Arthur F. Mead* for the
petitioner.

*Mr. Maurice Schapira* for the respondent.

October 11, 1954.   Granted.